UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASEL M. SOUKANEH | : | |
| VS. | : | CIVIL ACTION NO. |
| DAVID ANDRZEJEWSKI | : | JULY 25, 2019 |

## C O M P L A I N T

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult resident of East Haven, Connecticut.

4. The defendant is an officer in the Waterbury Police Department. He is sued only in his individual capacity.

5. During all times mentioned in this Complaint, the defendant was acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

1

6. At approximately 8:43 p.m. on November 12, 2018, the plaintiff was lawfully operating his motor vehicle in the vicinity of Hillside Avenue and Pine Street in Waterbury.

7. At the said time and location, without any reason or justification whatsoever, the defendant approached the plaintiff's vehicle, ordered him to turn off the engine, forcibly removed him from his car, handcuffed him and searched him. The defendant then placed the plaintiff, in custody, in the back seat of his police cruiser and held him prisoner there while he conducted a warrantless search of the plaintiff's automobile. He had no probable cause or other justification for the search. In the course of that search, approximately $320 in cash disappeared from the plaintiff's car and has never been found or returned.

8. After approximately thirty minutes, the defendant removed the plaintiff's handcuffs and falsely accused him of parking in a driveway, issuing him a traffic summons. He then released the plaintiff from custody.

9. As a result, the plaintiff suffered loss of liberty and emotional distress.

10. In the manner described above, the defendant subjected the plaintiff to deprivation of the following rights secured by the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code:

    A.    His right to be free from unreasonable and warrantless

arrest and/or detention.

B.    His right to be free from warrantless and unreasonable search and seizure of his person, vehicle and effects.

WHEREFORE, the plaintiff claims judgment against the defendant for compensatory damages, punitive damages, attorney fees and costs.

        THE PLAINTIFF

BY:_____/s/_____John R. Williams\_\_\_\_\_
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax: 203.776.9494
        jrw@johnrwilliams.com