# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASEL M. SOUKARIEH | : | |
| Plaintiff | : | NO:3:19-cv-01147 (JAB) |
| V. | : | |
| DAVID ANDRZEJEWSKI | : | November 17, 2020 |
| Defendant | : | |

Remote Deposition of BASEL M. SOUKARIEH

APPEARING REMOTELY FROM BARKHAMSTED, CONNECTICUT

November 17, 2020

10:00 a.m.

REPORTED BY:

Donna L. Oliver

APPEARING REMOTELY FROM WATERBURY, CONNECTICUT

```
 1   REMOTE APPEARANCES:

 2   For the Plaintiff:
         John R. Williams & Associates, LLC
 3       51 Elm Street, Suite 409
         New Haven, CT  06510
 4           BY:  JOHN R. WILLIAMS, ESQ.

 5   For the Defendant:
         Office of Corporation Counsel
 6       City of Waterbury
         235 Grand Street
 7       Waterbury, CT  06702
             BY:  JOSEPH A. MENGACCI, ESQ.
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    July 25, 2019 by Attorney Williams on your behalf.
 2    Does this look at all familiar to you?  In other
 3    words, have you seen it before?
 4         A.   Yes.
 5         Q.   Okay. And did you -- I want to ask you
 6    some questions about some of the things that are
 7    stated here.  In Paragraph 6 it says that "At
 8    approximately 8:43 p.m. on November 12, 2018, the
 9    plaintiff" -- that's you -- "was lawfully
10    operating his motor vehicle in the vicinity of
11    Hillside Avenue and Pine Street in Waterbury."  Do
12    you agree with that?
13         A.   Yes.
14         Q.   Okay.  And 7 says, "At that said time
15    and location" -- this is paragraph 7 -- "without
16    any reason or justification whatsoever, the
17    defendant" -- that's the police officer that you
18    sued here, Police Officer Andrzejewski --
19    "approached the plaintiff's vehicle and ordered
20    him to turn off the engine."  Do you agree with
21    that?
22         A.   He did not tell me to turn off the
23    engine.
24         Q.   Okay.  So you don't agree that he
25    ordered you to turn off the engine?
```

```
 1        A.   No.
 2        Q.   Okay.  And then it says he forcibly
 3   removed you from his car, meaning your car.  Do
 4   you agree or disagree with that?
 5        A.   Agree.
 6        Q.   Agree.  Okay.  At the time that you were
 7   forcibly removed from your car, was your car still
 8   running?  Was the engine on?
 9        A.   Yes.
10        Q.   Yes?  I'm sorry, I couldn't hear your
11   answer, sir.
12        A.   I can't hear you.
13        Q.   Can you hear me now?
14        A.   Yes.
15        Q.   Okay.  So it says that you were forcibly
16   removed from your car.  And you told me you agree
17   that that is a true statement, correct?
18        A.   Yes.
19        Q.   All right.  And at the time he forcibly
20   removed you from your car, the engine was still
21   running, correct?
22        A.   Yes.
23        Q.   And what type of transmission did you
24   have on that vehicle?  Was it standard or
25   automatic?
```

1      A.  Basically exactly what happened that
2  day, I have my phone in the position in the
3  windshield like now, and I have my phone in
4  navigation; I'm going to certain location in
5  Waterbury.  So I pass the stop sign and I'm
6  looking at my navigation, GPS, and I see it's not
7  moving, so it's got, like, freeze.  So I do not
8  want to touch my phone at the time I'm driving.  I
9  pull over to side, and I have my hand on the
10 wheel, and I'm doing the navigation.  Immediately
11 I hear hard knocking on my window.  I cannot see
12 to outside because the bright of the phone come in
13 my face.  So when you are in a light area and you
14 look outside to the dark, you cannot see clearly.
15 So I'm looking at the side, and I see a police
16 officer at my window side.  Immediately I open the
17 window with a smile on my face and I say, "Hi,"
18 and immediately he go, "You driver's license," in,
19 like, a screaming way.  Do you see me now?
20     Q.  Yes.
21     A.  Immediately I have my driver's license
22 right here, which you could see.  Here I keep
23 driver's license and my bank card with it all the
24 time and also my gun permit, my pistol permit.
25 Immediately I said "Hi," and he said, "Driver's

1    license." And I open up and I hand him the police
2    officer my license and my pistol permit.
3        Q.   Okay.  So just for the record, because
4    it doesn't pick up what you're showing us.  You're
5    telling us that you keep your license and your
6    pistol permit attached to the driver's side visor
7    of your vehicle; is that correct?
8        A.   Correct.
9        Q.   Okay.  And so when the officer tapped on
10   the window, you rolled down your window.  Did he
11   ask you at that point for your license?
12       A.   Immediately, yes.  Like when he say it,
13   he say it in a loud voice, as you feel he's
14   talking to someone, like, couple hundred feet away
15   from him.  So I immediately, when my window half
16   down, I smile to him and say "Hi," and he say,
17   "Your license."  I grab it, hand it to him.  At
18   that time when he reach it, with his other hand he
19   open the door and say, "Come out."  I'm, like,
20   "What's going on?"  And then he start forcing me
21   to leave the car.
22       Q.   Okay.  So let me just understand the
23   sequence of events.  You're in a stopped position
24   on the side of the roadway.  Do you know what
25   street you were on at that point?

1        A.   I really forget the street, but I know
2   the location real well.
3        Q.   Okay.  According to what is in your
4   lawsuit, it says it's in the vicinity of Hillside
5   Avenue and Pine Street in Waterbury.  Would you
6   agree with that?
7        A.   Yes.
8        Q.   Okay.  So you were in a stopped
9   position, the motor was running, and the car was
10  in "drive," correct?
11       A.   Correct.
12       Q.   And the reason that you stopped at that
13  point is because the GPS which was on your
14  telephone and located on the dashboard had frozen?
15       A.   Yes, sir.
16       Q.   Okay.  And so what were you attempting
17  to do?  Were you attempting to get it unfrozen or
18  what --
19       A.   Basically, you just re-click the button,
20  restart calculate.
21       Q.   Okay.  So did you re-click the button
22  and were waiting for it to recalculate?
23       A.   Exactly.
24       Q.   Okay.  And as it was doing that, is that
25  when the police officer appeared at your window?

1    A.   Yes.
2    Q.   Okay.  So after you hand him your
3 license and gun permit, at that point he
4 immediately opens your door and reaches in and
5 tries to remove you from your car?
6    A.   Yes.
7    Q.   And at the point he tried to remove you
8 from your car, you still had your lap belt on?
9    A.   Yes.
10   Q.   Your seatbelt.  Okay.  And so what
11 happened next, sir?
12   A.   Basically, he tried to reach me, to push
13 me out.  He grabbed me from my shoulder, shirt,
14 and tried to remove me, which, again, I have my
15 seatbelt, and as you know, seatbelt is two pieces,
16 one that come to the chest, one that come into the
17 waist, so it's no way for someone to leave the
18 seat without unlock the seatbelt.  So I'm halfway
19 out and I'm trying to say, "Hold on, I have
20 seatbelt," a seatbelt, with my back bothering me a
21 lot.  I have a hernia disc in my back, I have two
22 hernia discs, so when you sit me in a certain
23 position, it's not comfortable for me, it would
24 cause a lot of pain to me.  So I'm trying to be
25 polite to him at the same time I'm in pain.  So

1   going on?  Hold on?"  I'm bending down toward him,
2   and he try, like, to push me more or to pull me to
3   him, actually, more, and my seatbelt is still
4   locked.  So I manage to put the car in park to
5   secure myself in the car, and I manage to unlock
6   my seatbelt.  Then in that time he's not
7   understanding this person who he try to drag from
8   the car is locked with the seatbelt or secured
9   still with the seatbelt.  So when he see seatbelt
10  going out, he put in his hand inside my left leg,
11  in between my leg and down, and kind of like pull
12  me toward him until I release my leg from the car
13  because my top body was outside, my bottom body
14  still in the car, and I am still sitting in my
15  seat, in the driver's seat.
16       Q.  Okay.  Now, sir, when you handed the
17  officer your driver's license and your pistol
18  permit, did you say anything to him about the fact
19  that you had your pistol on you?
20       A.  I say it, "That's including my pistol
21  permit."  But the thing, he do not give me chance
22  to talk.  Like a person, he do not want to hear
23  me.  It's the same when you -- when an adult or a
24  teacher in a school see student did something bad
25  and the teacher want to yell at the student or

1   parents want to yell at the child.  We do not want
2   to hear you, you just got to hear me.  So his
3   voice is very loud.  And usually I'm respectable
4   to anybody, not only the police officer.  I do not
5   like to speak loudly to anybody.  So his words
6   then kind of like, again, someone injecting
7   himself with some stuff to be hyper more, to make
8   things go bigger or to have a big issue.
9           Again, it's the same when a police
10  officer tries to grab someone, criminal run away
11  from, and they bothering them or they shooting an
12  officer or something like that.  That's how I felt
13  he's after.  Like I said, I'm doing something
14  huge, bad, so I deserve get this type of
15  treatment?
16      Q.   Okay.  Let me ask you this question:
17  You handed him your license and your pistol
18  permit.  I assume that you handed him your pistol
19  permit because you were in possession of your
20  pistol, correct?
21      A.   Yes, sir.
22      Q.   Okay.  And did the officer ever ask you
23  if, in fact, you were in possession of your
24  pistol?
25      A.   No.

1  permit, I have a pistol on me."  But he do not
2  want to hear me.  He's going -- he's going -- I
3  don't know how to explain it, I do not want to go
4  to personal things, but if I want to -- if I'm
5  thinking between me and myself, this person is not
6  normal.
7      Q.   Okay.
8      A.   This person was upset, mad, very angry,
9  very active, very violent in a way how he deal
10 with others.
11     Q.   Okay.  And, sir, at that point when you
12 indicated to the officer that you had the pistol
13 on you, did you indicate where it was on you?
14     A.   Basically I don't because when he take
15 me out and I am out, he grab my both hands, put
16 the handcuff on me, push me to the car -- his hand
17 is very heavy on me -- putting his hand in my
18 back, and I'm kind of stuck to my car, and my
19 pistol in the position where it's in the door, so
20 he see the pistol.  But basically what he's
21 concentrating on -- I remember his word exactly --
22 "Where's the prostitute?  Where's the drugs?"
23     Q.   "Where's the prostitute" and "Where's
24 the drugs?"
25     A.   Yeah.  He keep repeating those multi

1  sometime I been in Stamford, you know what I mean?
2      Q.  Yes.  Okay.  So let me get back to the
3  gun for a second.  You told the officer that you
4  had a gun, you gave him your gun permit along with
5  your license, and the gun you indicated was
6  located in your driver's side door?
7      A.  Yes.
8      Q.  Okay.  So just explain to me, like,
9  there's an area in most car doors where you can
10 place certain items.  Is that where it was, in
11 there?
12     A.  Yes.
13     Q.  Okay.  Was the gun ever in your
14 waistband?
15     A.  No.
16     Q.  No.  Okay.  So after the officer takes
17 you out of the car, puts you into handcuffs, he
18 then places you up against your car?
19     A.  He force me also up against my car.  He
20 keep holding me in one hand, like he open his hand
21 wide in the middle of my back, pushing me to my
22 car, open my leg, that way I do not move, and he
23 start reaching to my pocket.
24     Q.  Okay.  And were you facing your car?
25     A.  Yes.

1       Q.   Okay.  And did he basically give you a
2  pat-down?
3       A.   What do you mean, "pat-down"?
4       Q.   "Pat-down," he brought his hands along
5  your body to see if you had any weapons or
6  contraband?
7       A.   He did it, and also he put his hand
8  inside my pocket.
9       Q.   Inside your pocket?
10      A.   Yes.
11      Q.   Okay.  And was there anything in your
12  pockets?
13      A.   Basically, in a normal human being, you
14 have some stuff in my pocket.  He reach, it's some
15 money there, I have a flash drive, which that's
16 my -- my use things there, because my dad passed
17 away, and I have a video and picture of him -- I
18 lost it -- I have some receipt in my pocket, and
19 also -- he take everything out of my pocket.  And
20 also he say, "Here we go, we find out the drugs."
21 What's the drugs he meaning?  I have a heart
22 issue, and that's the medication I keep on me.
23 I'm not sure if you can see it.
24      Q.   What's the name of the medication?  Is
25 that nitroglycerin?

1  A.  Nitroglycerin, exactly.  It's a small
2 bottle.  I keep it in my pocket 24/7, in case
3 something happen to me.  And he say, "That's the
4 drugs."  I'm like, "That's for my heart."  I don't
5 know what the word he said to me, just like he
6 need me to be quiet or something like that, and
7 I'm, like -- I was talking to myself -- I better
8 to shut my mouth off because I do not need an
9 issue with him, let him do what he want to do.
10  Q.  Okay.  So he then -- did he handcuff you
11 before he began to search you?
12  A.  Yes.
13  Q.  And after he searched you, according to
14 what's here in the complaint, he put you in the
15 back seat of the police cruiser?
16  A.  No, you cannot call it "he put."  When
17 you grab something or if you grab a child or you
18 grab someone, you want to put them, you put them
19 at the seat, so you seat someone, but when you
20 have a bag of trash and you are near the dumpster,
21 you don't care about bag of trash, you throw it.
22   So what he did, he opened the back door
23 of his car -- after he search me, he ask me
24 where's the prostitution, he ask me where the
25 drugs.  He cannot find nothing in my pocket except

```
 1  money, some receipt and my heart, legal
 2  medication.  When he take me there, he put his
 3  hand in the top of my head, bend me down and push
 4  me to inside his car.  So when I was in his car in
 5  the back seat -- the back seat it's a plastic,
 6  it's not like regular car, and I wasn't know that
 7  to that time, so my head, it's giving far to left
 8  or right-hand side between the front seat, the
 9  passenger seat, in between the seat there, and my
10  back bending, so I'm bending like someone -- it's
11  the same if someone want to hide in the back seat
12  area, down not in the seat, in the floor.  And I
13  keep screaming to him, "My back killing me, my
14  back killing me."  What he did is, he grab me from
15  the handcuff, which that's a lot of pain to me, he
16  grab me and pull me back.  He's supposed to help
17  me from my shoulder or go around the car and say,
18  "Sorry, wait a minute, it's whatever."  No.  He
19  just push me and he grab me back, try to
20  straighten me up.  But he straighten me halfway
21  and left me.
22       Q.   Okay.  So you agree that you were still
23  in handcuffs and he placed you in custody in the
24  back seat of the police cruiser?
25       A.   Yes, sir.
```