UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASEL M. SOUKANEH | : | |
|    Plaintiff, | : | NO: 3:19-cv-01147 (JBA) |
| | : | |
| VS. | : | |
| | : | |
| NICHOLAS ANDRZEJEWSKI | : | AUGUST 23, 2021 |
|    Defendant | : | |

## DEFENDANT, NICHOLAS ANDRZEJEWSKI'S NOTICE OF APPEAL

Notice is hereby given that Nicholas Andrzejewski, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Ruling Granting in Part and Denying in Part Defendant's Motion for Partial Summary Judgment (Doc. No. 26) entered in this action on the 6th of August, 2021.

DEFENDANT, NICHOLAS ANDRZEJEWSKI

BY:   /s/ Joseph A. Mengacci
       Joseph A. Mengacci
       Federal Bar Number: ct05394
       Office of Corporation Counsel
       235 Grand Street, 3rd Floor
       Waterbury, CT 06702
       Phone: (203) 574-6731
       Fax: (203) 574-8340
       jmengacci@waterburyct.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the above date a copy of the foregoing, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                  BY:   /s/ Joseph A. Mengacci
                                                                        Joseph A. Mengacci
                                                                        Federal Bar Number: ct05394

F:\New Electronic Filing System\FILE MANAGEMENT\Litigation\Police\Soukarieh, Basel M. v Andrzejewski, David L19-023\APPEAL\Notice of Appeal.docx