APPEAL,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:19-cv-01147-JBA

| | |
|---|---|
| Soukaneh v. Andrzejewski | Date Filed: 07/25/2019 |
| Assigned to: Judge Janet Bond Arterton | Jury Demand: Defendant |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Basel M. Soukaneh**  represented by  **John R. Williams**
51 Elm St., Ste. 409
New Haven, CT 06510
203-562-9931
Fax: 203-776-9494
Email: jrw@johnrwilliams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**David Andrzejewski**  represented by  **Joseph A. Mengacci**
*TERMINATED: 12/21/2020*
Corporation Counsel's Office-Wtby
City Of Waterbury
235 Grand St., 3rd Floor
Waterbury, CT 06702
203-574-5731
Fax: 203-574-8340
Email: jmengacci@waterburyct.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda T. Wihbey**
Corporation Counsel's Office-Wtby
City Of Waterbury
235 Grand St., 3rd Floor
Waterbury, CT 06702
203-574-6731
Fax: 203-574-8340
Email: lwihbey@waterburyct.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Nicholas Andrzejewski**<br>*Officer* | represented by | **Joseph A. Mengacci**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Linda T. Wihbey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2019 | 1 | COMPLAINT against Basel M. Soukaneh ( Filing fee $400 receipt number ACTDC-5373631.), filed by Basel M. Soukaneh.(Williams, John) (Entered: 07/25/2019) |
| 07/25/2019 | 2 | NOTICE of Appearance by John R. Williams on behalf of Basel M. Soukaneh (Williams, John) (Entered: 07/25/2019) |
| 07/25/2019 | | Request for Clerk to issue summons as to All Defendants. (Williams, John) (Entered: 07/25/2019) |
| 07/25/2019 | | Judge Janet Bond Arterton added. (Anastasio, F.) (Entered: 07/25/2019) |
| 07/25/2019 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 9/23/2019 Discovery due by 1/24/2020 Dispositive Motions due by 2/28/2020<br>Signed by Clerk on 07/25/2019.(Nuzzi, Tiffany) (Entered: 07/25/2019) |
| 07/25/2019 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet Bond Arterton on 07/25/2019.(Nuzzi, Tiffany) (Entered: 07/25/2019) |
| 07/25/2019 | 5 | Standing Protective Order<br>Signed by Judge Janet Bond Arterton on 07/25/2019.(Nuzzi, Tiffany) (Entered: 07/25/2019) |
| 07/25/2019 | 6 | NOTICE TO COUNSEL: Counsel initiating or removing this action are responsible for serving all parties with attached documents and copies of 5 Protective Order, 4 Electronic Filing Order, 1 Complaint filed by Basel M. Soukaneh, 2 Notice of Appearance filed by Basel M. Soukaneh, 3 Order on Pretrial Deadlines<br>Signed by Clerk on 07/25/2019.(Nuzzi, Tiffany) (Entered: 07/25/2019) |
| 07/25/2019 | 7 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *David Andrzejewski* with answer to complaint due within *21* days. Attorney *John R. Williams* *51 Elm Street* *Suite 409* *New Haven, CT 06510*. (Nuzzi, Tiffany) (Entered: 07/25/2019) |
| 08/08/2019 | 8 | |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed by Basel M. Soukaneh. David Andrzejewski served on 8/1/2019, answer due 8/22/2019. (Attachments: # 1 Marshal Return)(Williams, John) (Entered: 08/08/2019) |
| 09/27/2019 | 9 | NOTICE of Appearance by Joseph A. Mengacci on behalf of David Andrzejewski (Mengacci, Joseph) (Entered: 09/27/2019) |
| 09/27/2019 | 10 | ANSWER to 1 Complaint with Affirmative Defenses with Jury Demand by David Andrzejewski.(Mengacci, Joseph) (Entered: 09/27/2019) |
| 09/27/2019 | 11 | NOTICE of Appearance by Linda T. Wihbey on behalf of David Andrzejewski (Wihbey, Linda) (Entered: 09/27/2019) |
| 09/30/2019 | 12 | Joint REPORT of Rule 26(f) Planning Meeting. (Williams, John) (Entered: 09/30/2019) |
| 10/10/2019 | | Set Deadlines/Hearings: Discovery due by 10/1/2020. Following a pre-filing conference, dispositive motions due by 11/1/2020. Status Report due by 9/21/2020. Trial Ready Date 5/1/2021. Telephonic Status Conference set for 9/28/2020 at 4:00 PM. Defense counsel shall initiate the conference call to chambers: 203-773-2737. If no dispositive motion is filed, the parties' Joint Trial Memorandum will be filed by 11/15/2020. (Tooker, A.) (Entered: 10/10/2019) |
| 09/17/2020 | 13 | MOTION for Extension of Time until 11/30; 12/31/2020 and 1/14/2021 respectively *for deadlines of* Discovery, Dispositive Motions, and Joint Trial Memorandum by David Andrzejewski. (Mengacci, Joseph) (Entered: 09/17/2020) |
| 09/18/2020 | 14 | Joint STATUS REPORT by David Andrzejewski. (Mengacci, Joseph) (Entered: 09/18/2020) |
| 09/22/2020 | 15 | ORDER granting 13 Defendant's Motion for Extension of Time, on consent. Signed by Judge Janet Bond Arterton on 9/21/20. (Tooker, Aimee) (Entered: 09/22/2020) |
| 09/22/2020 | | Set Deadlines/Hearings: Discovery due by 11/30/2020 Following a pre-filing conference, Dispositive Motions due by 12/31/2020 Status Report due by 11/11/2020 Trial Ready Date 6/1/2021. If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 1/15/21 and this case will be trial ready 2/2/21. Telephonic Status Conference rescheduled to 11/18/2020 at 4:00 PM, as follows: 1-877-402-9753; access code 3535720.(Tooker, Aimee) (Entered: 09/22/2020) |
| 11/12/2020 | 16 | Joint STATUS REPORT by David Andrzejewski. (Mengacci, Joseph) (Entered: 11/12/2020) |
| 11/15/2020 | | A pre-filing conference will be held during the parties' telephonic status conference set down for 11/18/20 at 4:00 p.m. (Tooker, Aimee) (Entered: 11/15/2020) |
| 11/18/2020 | 17 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Telephonic Status and Prefiling Conference held on 11/18/2020. |

| | | |
|---|---|---|
| | | Total Time: 11 minutes (Court Reporter Melissa Cianciullo) (Barry, Donna) (Entered: 12/07/2020) |
| 12/10/2020 | | Pursuant to the colloquy with counsel on the record 11/18/20, the following is ordered: Defendant's Motion for Summary Judgment will be filed by 12/31/20; opposition will be filed by 1/21/21; any reply shall be filed by 2/4/21. This case remains trial ready 5/1/21. (Tooker, Aimee) (Entered: 12/10/2020) |
| 12/15/2020 | | Correction: This case remains trial ready 6/1/21. (Tooker, Aimee) (Entered: 12/15/2020) |
| 12/18/2020 | 18 | Consent MOTION to Substitute Party by Basel M. Soukaneh. (Williams, John) (Entered: 12/18/2020) |
| 12/21/2020 | 19 | ORDER granting 18 Motion to Substitute Party. (Tooker, Aimee) (Entered: 12/21/2020) |
| 12/31/2020 | 20 | MOTION for Summary Judgment by Nicholas Andrzejewski.Responses due by 1/21/2021 (Attachments: # 1 Memorandum in Support, # 2 Statement of Material Facts, # 3 Exhibit, # 4 Exhibit)(Mengacci, Joseph) (Entered: 12/31/2020) |
| 01/18/2021 | 21 | Memorandum in Opposition re 20 MOTION for Summary Judgment filed by Basel M. Soukaneh. (Attachments: # 1 Statement of Material Facts, # 2 Exhibit 1)(Williams, John) (Entered: 01/18/2021) |
| 02/03/2021 | 22 | REPLY to Response to 20 MOTION for Summary Judgment *Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment* filed by Nicholas Andrzejewski. (Mengacci, Joseph) (Entered: 02/03/2021) |
| 06/22/2021 | 23 | Oral Argument on Motion for Summary Judgment 20 will be held July 12, 2021 at 3:00 p.m. in Courtroom Two, 141 Church Street, New Haven, CT before Judge Janet Bond Arterton. (Tooker, Aimee) (Entered: 06/22/2021) |
| 07/07/2021 | 24 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br><br>*TIME CHANGE ONLY* - Oral argument set for 7/12/2021 will begin at *3:30 p.m.* in Courtroom Two, 141 Church St., New Haven, CT before Judge Janet Bond Arterton. (Barry, Donna) (Entered: 07/07/2021) |
| 07/12/2021 | 25 | Minute Entry for proceedings held before Judge Janet Bond Arterton: Oral argument on 20 Motion for Summary Judgment held on 7/12/2021 20 Motion for Summary Judgment was taken under advisement. Total Time: 48 minutes (Court Reporter Jessica Noble/BCT) (Barry, Donna) (Entered: 07/12/2021) |
| 08/06/2021 | 26 | ORDER granting in part and denying in part 20 Motion for Summary Judgment. Signed by Judge Janet Bond Arterton on 8/6/21. (Brinn, Hope) (Entered: 08/06/2021) |
| 08/08/2021 | 27 | |

| | | |
|---|---|---|
| | | SCHEDULING ORDER: Ruling denying Motion for Summary Judgment, in part, having issued this date, the following schedule is ordered:(1) The parties' Joint Trial Memorandum shall be filed by 9/3/21. (2) The final pre-trial conference will be held 9/17/21 at 2:00 p.m., Courtroom Two. (3) Jury selection will be held 10/12/21 at 9:30 a.m., Courtroom Two. (4) The parties are referred to a randomly selected Magistrate Judge for the purpose of conducting a settlement conference. (Tooker, Aimee) (Entered: 08/08/2021) |
| 08/23/2021 | 28 | NOTICE OF APPEAL as to 26 Order on Motion for Summary Judgment by Nicholas Andrzejewski. Filing fee $ 505, receipt number ACTDC-6620138. (Mengacci, Joseph) (Entered: 08/23/2021) |