UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BASEL M. SOUKARIEH | : | |
|     Plaintiff, | : | NO: 3:19-cv-01147 (VDO) |
| | : | |
| VS. | : | |
| | : | |
| NICHOLAS ANDRZEJEWSKI | : | FEBRUARY 28, 2025 |
|     Defendant | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Basel Soukarieh and Defendant Nicholas Andrzejewski hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties with each party bearing that party's own attorney's fees and costs and with all rights to appeal waived.

PLAINTIFF, BASEL SOUKARIEH

BY:   /s/ John R. Williams
John R. Williams, Esquire
Federal Bar Number: ct00215
John R. Williams & Associates, LLC
51 Elm Street
New Haven, Connecticut  06510
Phone: (203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com

DEFENDANT, NICHOLAS ANDRZEJEWSKI

BY:   /s/ Joseph A. Mengacci
Joseph A. Mengacci
Federal Bar Number: ct05394
Office of Corporation Counsel
235 Grand Street, 3rd Floor
Waterbury, CT 06702
Phone: (203) 574-6731
Fax: (203) 574-8340
jmengacci@waterburyct.org

## CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of the foregoing, was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                BY:   /s/ Joseph A. Mengacci
                                                            Joseph A. Mengacci

F:\New Electronic Filing System\FILE MANAGEMENT\Litigation\Police\Soukarieh, Basel M. v Andrzejewski, Nicholas L19-023\PLEADINGS\Stipulation of Dismissal.docx